IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20cr2306 |
| | ) | |
| DANIEL STEADLEY | ) | |

**UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now DANIEL STEADLEY, Defendant in the above styled and numbered cause, and files this Motion for Continuance of the August 10, 2022, status conference and the trial scheduled for August 12, 2022, at 8:30 a.m., and for grounds would respectfully show the Court as follows:

I

The undersigned attorney is scheduled for trial beginning August 9, 2022, in the case styled *USA v. Cope*, Cause No. 3:20cr1957-DB pending in the Western District of Texas, El Paso Division.

II

Because of financial issues, Defendant has not yet retained an expert. It is believed those difficulties are being worked out. After conferring with Assistant U.S. Attorneys Michael Osterberg and Chris Skillern, the parties request a trial date after the first of the year.

III

The Defendant waives his speedy trial rights.

IV

The United States Attorney's Office does not oppose this Motion.

V

This Motion for Continuance is made not for delay but that justice may be done.

WHEREFORE, premises considered, Defendant prays that the status conference of August 10, 2022, and trial setting of August 12, 2022, be continued to 2023.

Respectfully submitted,

JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, TX  79901
Phone: (915)532-2442
Fax:   (915)532-4549


By: /s/Jim Darnell
    Jim Darnell
    jdarnell@jdarnell.com
    TX State Bar No. 05391250
    NM State Bar No. 148187

Attorney for Defendant

### Certificate of Service

I hereby certify that on this 13th day of July, 2022, a true and correct copy of the foregoing instrument has been filed with the Clerk of this Court using the CM/ECF system which will automatically send notification of such filing to the United States Attorney's Office.

/s/Jim Darnell
Jim Darnell

10165.lad